# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2729

Arlen Foster

Appellant

v.

United States Department of Agriculture, et al.

Appellees

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:21-cv-04081-RAL)

---

## MANDATE

In accordance with the opinion and judgment of May 12, 2023, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

July 05, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit