# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 17, 2023

Mr. Clerk, U.S. District Court, District of South Dakota
U.S. DISTRICT COURT
District of South Dakota
Room 128
400 S. Phillips Avenue
Sioux Falls, SD  57104-0000

    RE: 22-2729 Arlen Foster v. U.S. Dept. of Agriculture, et al

Dear Clerk:

    Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                       Michael E. Gans
                       Clerk of Court

MTB

Enclosure(s)

    District Court/Agency Case Number(s):  4:21-cv-04081-RAL

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 15, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

      Re:  Arlen Foster
            v.  Department of Agriculture, et al.
           No. 23-133
           (Your No. 22-2729)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 10, 2023 and placed on the docket August 15, 2023 as No. 23-133.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk

                                    by

                                    Clayton Higgins
                                    Case Analyst