# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Clerk
United States Court of Appeals
  for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

      Re:  **Arlen Foster**
            **v. Dept. of Agriculture, et al.**
            **No. 23-133 (Your docket No. 22-2729)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                              Sincerely,

                                              SCOTT S. HARRIS, Clerk

                                              By

*M. Altner*

M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Mr. Jeffrey Wilson McCoy, Esq.
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

  Re: **Arlen Foster**
    **v. Dept. of Agriculture, et al.**
    **No. 23-133**

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Eighth Circuit.

  The petitioner is given recovery of costs in this Court as follows:

    **Clerk's costs:**    **$300.00**

  This amount may be recovered from the respondents.

        Sincerely,

        SCOTT S. HARRIS, Clerk

        By

        M. Altner
        Assistant Clerk – Judgments

cc: Clerk, 8th Cir.
   (Your docket No. 22-2729)

# Supreme Court of the United States

No. 23–133

**ARLEN FOSTER,**

Petitioner

v.

**DEPARTMENT OF AGRICULTURE, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Eighth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Loper Bright Enterprises* v. *Raimondo*, 603 U. S. ___ (2024).

**IT IS FURTHER ORDERED** that the petitioner, Arlen Foster, recover from Department of Agriculture, et al., Three Hundred Dollars ($300.00) for costs herein expended.

July 2, 2024

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States